**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
Sam M. Gibbons U.S. Courthouse
Office of the Clerk
801 North Florida Avenue
Tampa, FL 33602
(813) 301-5400
www.flmd.uscourts.gov

Elizabeth M. Warren
Clerk of Court

Keshia M. Jones
Tampa Division Manager

MARTY LARAY GREENE,

    Plaintiff,

v.                                                  Case No: 8:21-cv-448-TPB-JSS

SUNBELT RENTALS, INC.,

    Defendant.

---

## TRANSMITTAL OF RECORD TO STATE COURT

**State Court Case Number:** 21-CA-343

Enclosed is a certified copy of the Order of Remand along with an extra copy of this letter. Please date stamp the copy of the letter and return it in the envelope provided.

April 13, 2021                          ELIZABETH M. WARREN, CLERK

                                        By:    s/LDR, Deputy Clerk

                                        **Cindy Stuart, Hillsborough County Clerk of Court**

Enclosures

Date of Receipt:                          APR 15 2021

By:                                          JEFFREY DUCK